AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:25-mj-00069 |
| Linwood Barnhill | ) Assigned To: Judge Upadhyaya, Moxila A. |
| ▇▇▇▇▇▇▇ | ) Assign. Date: 4/30/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   April 1, 2024 to April 29, 2025   in the county of _____ in the _____ in the District of   Columbia  , the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1591(a)(1), (b)(1) (Sex Trafficking by Force, Fraud, or Coercion),
18 U.S.C. § 1591(a)(1), (b)(2) (Sex Trafficking of Children),
18 U.S.C. § 2422(b) (Coercion and Enticement),
18 U.S.C. § 2423(a) (Transportation with Intent to Engage in Criminal Sexual Activity),
18 U.S.C. § 1952(a)(3)(A) (Interstate Travel or Transportation in Aid of Racketeering Enterprises).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 04/30/2025

*Judge's signature*

City and state:   Washington, D.C.          Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*