AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RECEIVED MAY 1 '25
U.S. MARSHAL-DC AM 8:38

| | |
|---|---|
| United States of America<br>v.<br>Linwood Barnhill<br><br>*Defendant* | )<br>)  Case: 1:25-mj-00069<br>)  Assigned To: Judge Upadhyaya, Moxila A.<br>)  Assign. Date: 4/30/2025<br>)  Description: COMPLAINT W/ARREST WARRANT<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                   Linwood Barnhill                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1591(a)(1), (b)(1) (Sex Trafficking by Force, Fraud, or Coercion);
18 U.S.C. § 1591(a)(1), (b)(2) (Sex Trafficking of Children);
18 U.S.C. § 2422(b) (Coercion and Enticement);
18 U.S.C. § 2423(a) (Transportation with Intent to Engage in Criminal Sexual Activity);
18 U.S.C. § 1952(a)(3)(A) (Interstate Travel or Transportation in Aid of Racketeering Enterprises).

Date:   04/30/2025                                               *M H Upad* (signature)
                                                                 *Issuing officer's signature*

City and state:   Washington, D.C.                               Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                 *Printed name and title*

### Return

This warrant was received on *(date)* 4/30/25 , and the person was arrested on *(date)* 5/1/25
at *(city and state)* Washington DC .

Date:  5/1/25                                                    *(signature)*
                                                                 *Arresting officer's signature*

                                                                 SA Kelly McLeod
                                                                 *Printed name and title*